AO91 (Rev. 12/03)  Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**              **CRIMINAL COMPLAINT**
                  vs.

Omar FARUK                                Case Number: 1:19-po-412
 A201 526 343  Bangladesh

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 10, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 10, 2019. The defendant is a citizen of Bangladesh who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 10, 2019 thus avoiding immigration inspection.

Defendant had $135.00 USD at time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

/S/ Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 12, 2019                                        at    Brownsville, Texas
Date                                                          City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                       Signature of Judge